IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HEATHER L. MANCINI, | § | NO. 1:25-CV-588-DAE |
| Plaintiff, | § | |
| vs. | § | |
| EQUIFAX INFORMATION SERVICES, LLC, | § | |
| Defendants. | § | |

ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff's Voluntary Dismissal of Defendant. (Dkt. # 10.) The filing informs the Court that Plaintiff seeks to dismiss with prejudice all claims in the case. (Id.) Pursuant to the filing, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 25, 2025.

_____
David Alan Ezra
Senior United States District Judge